STEVEN CHUNG AND ASSOCIATES LLC

STEVEN K. S. CHUNG      1751-0
CHANELLE M. CHUNG      8859-0
410 Davies Pacific Center
841 Bishop Street
Honolulu, Hawai`i 96813
Telephone No. 539-0699
Facsimile No. 539-0698
E-Mail: skc@skchung.com
        cchung@skchung.com

Attorneys for Defendants
Option One Mortgage Corporation,
American Home Mortgage Servicing, Inc.,
and Deutsche Bank National Trust Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| WILLIAM E. NEWCOMB, also known as BILL NEWCOMB,<br><br>              Plaintiff,<br><br>vs.<br><br>CAMBRIDGE HOME LOANS, INC.; OPTION ONE MORTGAGE CORPORATION, A California Corporation; AMERICAN HOME MORTGAGE SERVICING, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, et al.<br><br>              Defendants. | Civil No. CV 09-00567 DAE-KSC<br><br>Removed from the Circuit Court of the Third Circuit, State of Hawaii Civil No. 09-1-420K<br><br>**DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY'S RULE 7.1 DISCLOSURE STATEMENT; CERTIFICATE OF SERVICE** |

# DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY'S
# RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the *Federal Rules of Civil Procedure*, Defendant Deutsche Bank National Trust Company discloses and states the following:

1. Deutsche Bank National Trust Company is a subsidiary of Deutsche Bank AG.

2. Deutsche Bank AG is a publicly traded company.

DATED: Honolulu, Hawai`i, December 16, 2009.

/s/ Steven K. S. Chung
STEVEN K. S. CHUNG
CHANELLE M. CHUNG
Attorneys for Defendants
Option One Mortgage Corporation,
American Home Mortgage Servicing, Inc.,
and Deutsche Bank National Trust Company

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, I caused a true and correct copy of the foregoing to be served on the following at their last known addresses:

Served Electronically through CM/ECF:                                  none

Served by Electronic Mail:

    JAMES IREIJO
    waikikilawyer@thegrid.net                                  December 16, 2009
        Attorney for Plaintiff
        William E. Newcomb

Served by First Class Mail:

    JAMES IREIJO                                                December 16, 2009
    PO Box 576
    Cool, CA 95614-0576
        Attorney for Plaintiff
        William E. Newcomb

Served by Hand-Delivery:                                               none

DATED:  Honolulu, Hawai`i, December 16, 2009.

                /s/ Steven K. S. Chung
                STEVEN K. S. CHUNG
                CHANELLE M. CHUNG
                Attorneys for Defendants
                Option One Mortgage Corporation,
                American Home Mortgage Servicing, Inc.,
                and Deutsche Bank National Trust Company