IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM E. NEWCOMB, | ) CIVIL NO. 09-00567 LEK-KSC |
| | ) |
| Plaintiff, | ) ORDER OF DISMISSAL |
| | ) |
| vs. | ) |
| | ) |
| CAMBRIDGE HOME LOANS, INC.; | ) |
| OPTION ONE MORTGAGE | ) |
| CORPORATION; HOMEWARD | ) |
| RESIDENTIAL, INC.; DEUTSCHE | ) |
| BANK NATIONAL TRUST | ) |
| COMPANY; JOHN DOES 1-10; | ) |
| JANE DOES 1-10; DOE | ) |
| CORPORATIONS 1-10; DOE NON- | ) |
| PROFIT ORGANIZATIONS 1-10; | ) |
| DOE PARTNERSHIPS 1-10; DOE | ) |
| GOVERNMENTAL AGENCIES 1-10; | ) |
| DOE JOINT VENTURES 1-10, | ) |
| | ) |
| Defendants. | ) |
| | ) |

ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the above-entitled proceeding has been settled, the Court finding that the essential terms of a valid and binding settlement agreement have been stated, and

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this action is hereby

dismissed with prejudice.  The Court retains jurisdiction to reopen the proceeding, upon good cause shown, to enforce the terms and conditions of the settlement.

    IT IS SO ORDERED.

    Dated:   Honolulu, Hawaii, May 13, 2013



    /S/ Leslie E. Kobayashi
    Leslie E. Kobayashi
    United States District Judge

CIVIL NO. 09-00567 LEK-KSC; NEWCOMB V. CAMBRIDGE HOME LOANS, INC., ET AL.; ORDER OF DISMISSAL