# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV09-00567LEK-KSC |
| CASE NAME: | William E. Newcomb, aka Bill Newcomb vs. Cambridge Home Loans, Inc., et al. |
| ATTYS FOR PLA: | Terry Oppermann |
| ATTYS FOR DEFT: | Debra Peake |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C8 |
| DATE: | 9/12/2013 | TIME: | 9:29-9:40am |

COURT ACTION:  EP: Plaintiff's Motion to Enforce Settlement Agreement and Award Attorney's Fees to Plaintiff [118].

Court finds that the relief requested is moot.  Motion denied.  Ms. Peake to prepare the Order.

Submitted by: Shari Afuso, Courtroom Manager