IMANAKA ASATO, LLLC

STEVEN K. S. CHUNG          1751
CHANELLE M. C. FUJIMOTO     8859
DEBRA M. PEAKE              9793
745 Fort Street, 17th Floor
Honolulu, Hawai'i 96813
Telephone: (808) 521-9500
Facsimile: (808) 541-9050
E-Mail: schung@imanaka-asato.com
        cfujimoto@imanaka-asato.com
        dpeake@imanaka-asato.com

Attorneys for Defendants
Option One Mortgage Corporation, now
known as Sand Canyon Corporation,
Homeward Residential, Inc., f/k/a
American Home Mortgage Servicing, Inc.,
and Deutsche Bank National Trust Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| WILLIAM E. NEWCOMB, also known as BILL NEWCOMB,<br><br>Plaintiff,<br><br>vs.<br><br>CAMBRIDGE HOME LOANS, INC.; OPTION ONE MORTGAGE CORPORATION, a California Corporation; AMERICAN HOME MORTGAGE SERVICING, INC.; DEUTSCHE BANK NATIONAL TRUST COMPANY; JOHN DOES 1-10; JANE DOES 1-10; DOE "NON- | Civil No. CV 09-00567 LEK-KSC<br><br>Removed from the Circuit Court of the Third Circuit, State of Hawai`i Case No. 09-1-420K<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT AND AWARD ATTORNEY'S FEES TO PLAINTIFF, Filed August 6, 2013**<br><br>**HEARING:**<br>Date: September 12, 2013<br>Time: 9:30 a.m.<br>Judge: Hon. Kevin S. C. Chang |

| | |
|---|---|
| PROFIT" ORGANIZATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE GOVERNMENTAL AGENCIES 1-10; DOE JOINT VENTURES 1-10, INCLUSIVE,<br><br>             Defendants. | ) )<br>) **TRIAL DATE: VACATED**<br>) **JUDGE: Hon. Leslie E. Kobayashi**<br>)<br>) **Related to Doc. No. 118, 123 & 124**<br>)<br>)<br>) |

### ORDER DENYING PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT AND AWARD ATTORNEY'S FEES TO PLAINTIFF, Filed August 6, 2013

Plaintiff's Motion to Enforce Settlement Agreement and Award Attorney's Fees to Plaintiff, Filed August 6, 2013 as Doc. No. 118 ("Motion"), came on for hearing before the Honorable Kevin S. C. Chang on September 12, 2013, at 9:30 a.m.  Terry G. Oppermann, Esq. appeared on behalf of Plaintiff William E. Newcomb ("Plaintiff") and Debra M. Peake, Esq. appeared on behalf of Defendants Option One Mortgage Corporation, now known as Sand Canyon Corporation, Homeward Residential, Inc., formerly known as American Home Mortgage Servicing, Inc., and Deutsche Bank National Trust Company.  The Court having reviewed the written submissions of the parties and having heard the oral arguments of counsel, and finding good cause therefor,

---

*Newcomb v. Cambridge Home Loans, et al.,* **Civil No. 09-00567 LEK-KSC**
ORDER DENYING PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT AND AWARD ATTORNEY'S FEES TO PLAINTIFF, Filed August 6, 2013

IT IS HEREBY ORDERED AND DECREED that the relief requested is moot and Plaintiff's Motion is DENIED.

DATED: Honolulu, Hawai`i, October 1, 2013.

    

_____
Kevin S.C. Chang
United States Magistrate Judge

APPROVED AS TO FORM:

_____
TERRY G. OPPERMANN
Attorney for Plaintiff
WILLIAM E. NEWCOMB, also known as,
BILL NEWCOMB

3

*Newcomb v. Cambridge Home Loans, et al.,* **Civil No. 09-00567 LEK-KSC**
ORDER DENYING PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT AND AWARD ATTORNEY'S FEES TO PLAINTIFF, Filed August 6, 2013